IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CR-469-RAH-2 |
| | ) | |
| ASHLEY NICOLE HAYDT | ) | |

**VERDICT FORM**

1. As to the charge in **Count 1** of the Superseding Indictment, we, the jury, find defendant Ashley Nicole Haydt:

    __X__ Guilty          _____ Not Guilty

2. As to the charge in **Count 2** of the Superseding Indictment, we, the jury, find defendant Ashley Nicole Haydt:

    __X__ Guilty          _____ Not Guilty

    2a. If guilty as to Count 2, do you find that Terry Daniel Brooks suffered personal injury as a foreseeable result of the explosion?

    __X__ Yes             _____ No

3. As to the charge in **Count 5** of the Superseding Indictment, we, the jury, find defendant Ashley Nicole Haydt:

    __X__ Guilty          _____ Not Guilty

So say we all.

This __21__ day of October, 2021.

*Melanie Dennis*
FOREPERSON